UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

UNITED STATES OF AMERICA,

-against-

JAMAR MANNERS

Defendant(s).

-----------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

20  -CR-  273   ( KMK ) ( JDM )

Defendant _____JAMAR MANNERS_____ hereby voluntarily consents to participate in the following proceeding via _X__ videoconferencing or ___ teleconferencing:

___   Initial Appearance Before a Judicial Officer

_X__   Arraignment (Note:  If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___   Bail/Detention Hearing

___   Conference Before a Judicial Officer


 /s/ Jamar Manners
_____
Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

_S/ SAM BRAVERMAN_____
Defendant's Counsel's Signature

_JAMAR MANNERS_____
Print Defendant's Name

__SAMUEL M. BRAVERMAN_____
Print Counsel's Name


This proceeding was conducted by reliable video or telephone conferencing technology.

__MAY 19, 2020_____
Date

_Judith C. McCarthy_
_____
U.S. District Judge/U.S. Magistrate Judge