# UNITED STATES DISTRICT COURT

THE CHARLES L. BRIEANT, JR.
FEDERAL BUILDING AND UNITED STATES COURTHOUSE
3OO QUARROPAS ST.
WHITE PLAINS, NEW YORK 10601
914-390-4251

Chambers of
**Hon, Paul E. Davison**
United States Magistrate Judge

```
USDC SDNY
Document
Electronically Filed
Doc #  _____
Date Filed:  August 26,2020
```

United States District Court
Southern District of New York
-----------------------------------------------------------X

United States of America,

            Plaintiff        **SCHEDULING ORDER**

    -against-        7:20-CR-273 (KMK)
                                                   7:10-CR-1251 (KMK)

Jamar Manners
                     Defendant
-----------------------------------------------------------X

TO ALL PARTIES:

The Court has scheduled an Plea Hearing for 8/31/2020 at 12:00 pm before Magistrate Judge Paul E. Davison. To access the conference, counsel should call 877-336-1839 and use access code 5999739. Members of the press and public may call the same number, but will not be permitted to speak during the conference.

Dated:  August 26, 2020
         White Plains, New York

                                             SO ORDERED:

                                             s/       PED

                                           PAUL E. DAVISON
                                           United States Magistrate Judge