UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

UNITED STATES OF AMERICA,

-against-

Jamar Manners

Defendant(s).
-----------------------------------------------------------------X

CONSENT TO PROCEED BY
VIDEO OR TELE CONFERENCE

20-CR-273 (KMK)
10-CR-1251 (KMK)

Defendant Jamar Manners hereby voluntarily consents to participate in the following proceeding via ☒ videoconferencing or ☒ teleconferencing:

    Initial Appearance Before a Judicial Officer

    Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

☒    Guilty Plea/Change of Plea Hearing

    Bail/Detention Hearing

    Conference Before a Judicial Officer - Assignment of Counsel

_Jamar Manners /PED_
Defendant's Signature
(Judge may obtain verbal consent on Record and Sign for Defendant)

_Jamar Manners_
Print Defendant's Name

_/s/ Sam Braverman_
Defendant's Counsel's Signature

_Sam Braverman_
Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

_8/31/20_
Date

_____
U.S. District Judge/U.S. Magistrate Judge