**Green & Willstatter**

ATTORNEYS AT LAW
200 MAMARONECK AVENUE
SUITE 605
WHITE PLAINS, NEW YORK 10601

THEODORE S. GREEN
RICHARD D. WILLSTATTER

(914) 948-5656
FAX (914) 948-8730

E-MAIL: THEOSGREEN@MSN.COM

September 10, 2026

Hon. Kenneth M. Karas
United States District Court
300 Quarropas Street
White Plains, New York 10801

re: *United States v. Jamar Manners,* 20-cr-273 (KMK)

Dear Judge Karas:

On September 8, 2026, Jamar Manners had an initial presentment before Hon. Andrew E. Krause in this violation of supervised release proceeding, where I was appointed as his counsel. Mr. Manners was informed of the violation specifications and his rights (including the right to a final revocation hearing), and the defense consented to an order of detention (without prejudice).

The Court has scheduled the first appearance before Your Honor for September 14, 2026. This letter is an application to adjourn that date to a control date on or after October 5, 2026.

A number of the violation specifications are based on alleged state offenses which are the subject of a matter pending in Greenburgh Town Court, and which has only recently been commenced. This week, the government and I initiated discussions on whether we could reach an agreed-upon resolution of this VOSR without the need for a revocation hearing, and we agree that the requested adjournment would allow us to have a better sense of the direction of the state case insofar as it impacts on these discussions, as well as to continue our discussions generally.

I have conferred with AUSA Patricia Reville who advises that the government has no objection to this adjournment request. I have also discussed this with Mr. Manners, who has no objection to and consents to the adjournment. In terms of attorney availability, I will be away September 28-October 2, while AUSA Reville will be unavailable October 19-30.

The conference is adjourned to 11/2 /26, at 10:30
So Ordered.
9/21/26

Very truly yours,

/s/ *Theodore S. Green*
Theodore S. Green

cc: All counel (by ECF)